# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN, | 3:17-cv-00649-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 28, 2019 |
| JOHN EROGUL, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Extend Discovery Response Deadline (ECF No. 60). Defendants request an additional thirty (30) days to respond to Plaintiff's discovery requests dated July 22, 2019, July 28, 2019, and August 12, 2019.

Defendants' Motion to Extend Discovery Response Deadline (ECF No. 60) is **GRANTED**. Defendants shall have to and including **Friday, September 27, 2019**, in which to respond to Plaintiff's discovery requests.

Although Defendants' motion states "[n]o extension to the Discovery Deadline or any other deadline is necessary" (*id*. at 3), the extended response deadline of thirty (30) days (from August 12, 2019, to September 12, 2019) would mean Plaintiff would likely not receive Defendants' discovery responses (with 3 days allocated for mailing to Plaintiff at ESP) until after the discovery deadline of September 13, 2019 (ECF No. 47). The court will not modify the deadlines in the current Scheduling Order (ECF No. 47) but notes such may be necessary in the future.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
         Deputy Clerk