## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONNIE MONEY COLEMAN, | ) | 3:17-cv-00649-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 23, 2019 |
| JOHN EROGUL, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request Summons from Court Clerk for Noreen Borino and Address" (ECF No. 75). Plaintiff requests the court order the court clerk to issue a summons and address for Defendant Borino.

Pursuant to the court's order of March 1, 2019 (ECF No. 22), the U.S. Marshal attempted service on Defendant Noreen Borino on April 15, 2019, but was returned by the U.S. Marshal because Defendant Borino apparently no longer resides at the address provided by the Attorney General's Office (under seal). (ECF No. 37.)

On August 26, 2019, Plaintiff filed a Motion for Court Oder for Court Clerk to Issue Summons and Complaint to Borino. (ECF No. 59.)

On August 28, 2019, the court instructed the Office of the Attorney General to advise the court within fifteen (15) days whether it was able to find an alternative physical address for Defendant Borino. (ECF No. 61.) In response to the court's order, Defendants filed their Notice to the Court advising that they did not have an updated address for Defendant Borino. (ECF No. 64.)

///
///

Based on the above, the court finds that issuing another summons for Defendant Borino would be an act of futility. Therefore, Plaintiff's "Request Summons from Court Clerk for Noreen Borino and Address" (ECF No. 75) is **<u>DENIED</u>**.

**IT IS SO ORDERED.**

                                        DEBRA K. KEMPI, CLERK

                                By: _____/s/_____
                                          Deputy Clerk